BILL LOCKYER
Attorney General of the State of California
MARY JO GRAVES
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
JENNIFER A. NEILL
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1940
 Fax: (916) 322-8288
 Email: Maria.Chan@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATHANIEL WILLIAMS,<br><br>                    Petitioner,<br><br>    v.<br><br>CLAUDE E. FINN, et al.,<br><br>                    Respondents. | 2:06-cv-00347-MCE-DAD (HC)<br><br>**ORDER GRANTING RESPONDENTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS** |

Respondents' December 20, 2006 request for a sixty-day extension of time to file a response to the Petition for Writ of Habeas Corpus was considered by the Court, and good cause appearing, Respondents' request is granted.

IT IS HEREBY ORDERED that Respondents shall file a response by February 18, 2007.

DATED: December 21, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/will0347.eotresp