IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL WILLIAMS,

Petitioner,

vs.

CLAUDE E. FINN, et al.,

Respondents.

No. 2:06-cv-00347-MCE-CHS P

ORDER

_________________________________/

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's June 4, 2009, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

///

///

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition:

1. The Board's failure to fix a primary term;
2. The Board's "no parole" policy; and
3. The violation of petitioner's right to due process.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

Dated: June 25, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.