IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL WILLIAMS,

    Petitioner,               No. CIV S-06-0347 MCE CHS P

    vs.

CLAUDE E. FINN, et al.,

    Respondents.        <u>ORDER</u>

                              /

        Petitioner has filed a request to proceed in forma pauperis on appeal. Good cause appearing therefor, IT IS HEREBY ORDERED that petitioner is granted in forma pauperis status on appeal.

DATED: June 26, 2009

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1